## *In re:* Fernando Cruz Tollinche.

*Número:* Q-369        *Resuelto:* 29 de diciembre de 1976

*José Davidson Lampón,* abogado de Fernando Cruz Tollinche.

PER CURIAM: Por encomienda del Juez Presidente el Director Administrativo de los Tribunales llevó a cabo una investigación de la conducta profesional del notario Fernando Cruz Tollinche. El Director nos ha rendido un informe del cual aparece que dicho notario violó la Ley Notarial al otorgar varios *affidavits* sin dar fe de la verdad o reconocimiento de la firma que en ellos aparecía.

Surge de la investigación que el notario Cruz Tollinche llegó a un arreglo con la Línea Aérea Mexicana de Aviación mediante la cual éste proveía a Mexicana de Aviación de unas formas previamente firmadas por él y selladas con su sello notarial. En ocasiones el notario Cruz Tollinche estaba presente para firmar los *affidavits* pero no así en otras, procediéndose en estas ocasiones a llamar por teléfono a la oficina del notario para tomar el número del *affidavit* correspondiente. Si no se conseguía al notario se procedía a llenar con cualquier número el *affidavit* contando este procedimiento con la aprobación del notario Cruz Tollinche.

En vista de la conducta impropia que revelan los anteriores hechos concedimos término al susodicho notario para que compareciera a mostrar causa, si alguna tuviere, por la cual

no debía ser disciplinado. Oportunamente compareció y admitió, representado por abogado, que él no demostró verdadero celo profesional en el desempeño de sus funciones notariales.

*Constituyendo su conducta una crasa y flagrante violación a la Ley Notarial, se dictará sentencia suspendiendo al notario Fernando Cruz Tollinche del ejercicio del notariado.*

El Juez Asociado Señor Irizarry Yunqué no interviene.